### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LYNN WALTER, *et al*., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BUFFETS, INC., d/b/a HOME TOWN BUFFETS, RYAN'S, OLD COUNTRY BUFFET, FIRE MOUNTAIN, COUNTRY BUFFET,<br><br>　　　　　　　　　Defendant. | Case No. 0:13-cv-02860 PAM-SER<br><br><br><br>**DEFENDANT'S UNOPPOSED MOTION TO TRANSFER VENUE** |

Defendant Buffets, Inc. ("Buffets"), by and through its undersigned counsel, hereby moves the Court for entry of an Order transferring venue of the above-captioned civil action to the United States District Court for the District of South Carolina, Greenville Division. The District of South Carolina has greater connections to this action and would be a more convenient forum for the parties and witnesses.

Buffets seeks to transfer venue of this action to the District of South Carolina for the convenience of the parties and witnesses and in the interests of justice. Plaintiffs' counsel has represented that plaintiffs do not intend to oppose transfer of this action to the District of South Carolina, Greenville Division.

This Motion is based upon: (a) 28 U.S.C. § 1404(a); (b) D. Minn. LR 7.1; (c) all supporting memoranda, documents, and declarations filed and served in accordance with D. Minn. LR 7.1; and (d) all the files, records, and proceedings herein.

| | |
|---|---|
| Date: October 25, 2013 | *s/ Jeffrey A. Timmerman* |
| | Jeffrey A. Timmerman (#0352561) |
| | **LITTLER MENDELSON, P.C.** |
| | 1300 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, MN  55402.2136 |
| | Telephone: 612.630.1000 |
| | E-mail:  jtimmerman@littler.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

Firmwide:123829296.1 079186.1001