# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| **LYNN WALTER,** *et al.***, individually and on behalf of all others similarly situated**, <br><br> Plaintiffs, <br><br> vs. <br><br> **BUFFETS, INC., d/b/a HOMETOWN BUFFETS, RYAN'S, OLD COUNTRY BUFFET, FIRE MOUNTAIN, COUNTRY BUFFET**, <br><br> Defendant. | Case No. 6:13-cv-2995-JMC |

## ORDER

Upon consideration of the Defendant's Motion to Stay Plaintiffs' Motion to Conditionally Certify a FLSA Collection Action and to Send Notice of the Opportunity to Join the Collective Action [Docket #66], the Court GRANTS Defendant's Motion and hereby temporarily stays briefing on Plaintiffs' Motion [Docket #60] for 90 days to allow the parties an opportunity to conduct discovery concerning the allegations in Plaintiffs' Motion [Docket #66]. Said 90 day discovery period to run from the date of this Order. Defendant's response to Plaintiffs' Motion [Docket #66] shall be filed no later than 21 days after the close of the 90-day discovery period.

_____
J. MICHELLE CHILDS
UNITED STATES DISTRICT JUDGE

June 27, 2014
Greenville, South Carolina